UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20869-CIV-ALTONAGA/O'Sullivan

**RAFAEL RIOS**,

     Plaintiff,
v.

**AMERICAN SECURITY
INSURANCE COMPANY**,

     Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion to Compel Appraisal [ECF No. 8]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 8]** is **GRANTED** as follows:

1. Plaintiff's claim for cosmetic damage at property located at 2380 Service Road, Opa Locka, Florida 33054 (the "Property") in connection with American Security insurance claim number 00101591403 (the "Claim") shall be submitted to appraisal pursuant to the terms and conditions of the subject insurance policy. Each party shall identify its appointed appraiser to the other party within 15 days of the date of this Order.

2. Any appraisal award signed either by the appraisers or, if the two appraisers cannot agree, one appraiser and the umpire, shall appraise the loss based on the method of payment specified in the policy for each item of damage awarded.

3. The Court shall retain jurisdiction for all matters incidental to the appraisal process including, without limitation, to, as necessary: name a neutral umpire; enforce the

terms of this Order; rule on coverage issues; and determine issues related to attorney's fees and costs.

4. This case is **STAYED** for the earlier of 15 days after an appraisal award is issued or six months from the date of this Order. The parties shall file a status report concerning the appraisal process within 90 days of the date of this Order. In the event that the parties resolve the Claim and all issues incidental thereto in connection with the appraisal process, the parties shall file a Joint Stipulation of Dismissal notifying the Court that the matter is resolved. The parties shall file a motion to lift the stay of this case within 15 days of the completion of the appraisal process.

5. The Clerk shall mark this case as **ADMINSTRATIVELY CLOSED** for statistical purposes only.

**DONE AND ORDERED** in Miami, Florida this 13th day of March, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record